841 A.2d 1026

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Thomas William SMITH, Respondent.**

**No. 866 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 9, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 8, 2003, it is hereby

ORDERED that Thomas William Smith be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.